IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TED F. HARVEY,<br><br>        Plaintiff,<br>   v.<br><br>BANK OF AMERICA, N.A., and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 12-3238 SC<br><br>SUPPLEMENTAL ORDER RE: DEADLINE FOR AMENDING PLAINTIFF'S <u>COMPLAINT</u> |

On February 20, 2013, the Court issued an Order, ECF No. 33, granting in part and denying in part Defendant Bank of America, N.A.'s motion to dismiss Plaintiff Ted F. Harvey's ("Plaintiff") second amended complaint. The Court gave Plaintiff leave to amend certain claims. The Court now clarifies that Plaintiff has thirty (30) days from this Order's signature date to file an amended complaint, or those claims may be dismissed with prejudice.

IT IS SO ORDERED.

Dated: February 21, 2013

_____
UNITED STATES DISTRICT JUDGE