1 **MCGUIREWOODS LLP**
JOSEPH V. QUATTROCCHI (SBN 257568)
2 1800 Century Park East, 8th Floor
Los Angeles, CA 90067
3 Telephone:  310.315.8200
Facsimile:  310.315.8210
4 Email:  jquattrocchi@mcguirewoods.com

5 Attorney for Defendant
BANK OF AMERICA, N.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TED F. HARVEY, an individual, | CASE NO.  3:12-cv-03238-SC |
| Plaintiff, | [~~PROPOSED~~] ORDER TO STAY LITIGATION BY 120 DAYS |
| vs. | Date Complaint Filed:  June 22, 2012 |
| BANK OF AMERICA, N.A., a national association; and DOES 1-50, inclusive, | FAC Filed:  July 31, 2012
SAC Filed:  November 21, 2012
TAC Filed:  March 22, 2013 |
| Defendant. | Trial Date:  None Set |

[PROPOSED] ORDER

**ORDER**

1.   The above-captioned matter is stayed for 120 days from the date of this Order ("the Stay Expiration Date").  The purpose of this stay is to allow the parties to explore the possibility of entering into a settlement before expending time, expense and judicial resources in connection with the present litigation, and to allow sufficient time for the settlement negotiations to be conducted prior to the onset of litigation.

2.   Any outstanding responses, including a response to the complaint, motions, hearings, case management conferences or other litigation will be stayed until the Stay Expiration Date.

3.   Should settlement discussion not be concluded by the Stay Expiration Date, Defendant will file a responsive pleading within 30 days of the Stay Expiration Date.

04/10/2013
DATE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Samuel Conti, signed]*