Matthew Mellen (SBN: 233350)
Jessica Galletta (SBN: 281179)
MELLEN LAW FIRM
411 Borel Ave, Suite 230
San Mateo, California 94402
Telephone:    (650) 638-0120
Facsimile:    (650) 638-0125
mellenlaw@yahoo.com

Attorneys for Plaintiff
TED F. HARVEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED F. HARVEY, an individual, <br><br> Plaintiff, <br> v. <br><br> BANK OF AMERICA, N.A., a national association; and Does 1-50, inclusive, <br><br> Defendants. | CASE NO.: 3:12-CV-03238-SC <br><br> [~~PROPOSED~~] ORDER DISMISSING PLAINTIFFS' COMPLAINT PURSUANT TO FRCP 41(a)(1) |

The Court, having received Plaintiff's Notice of Dismissal filed September 16, 2013, hereby dismisses with prejudice United States District Court Case Number 3:12-CV-03238-SC in its entirety.

SO ORDERED.

Dated:   09/17/2013

_[Signed: Judge Samuel Conti]_